

MINUTE ENTRY
LEMELLE, J.
APRIL 6, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

You are hereby notified that the following numbered and entitled cases will be called on **Wednesday, April 26, 2000 at 9:00 a.m.** before JUDGE IVAN L.R. LEMELLE, Courtroom C501, 500 Camp Street, New Orleans, Louisiana, and if no good cause be shown for such inaction they will be dismissed.

**99-3672**   **McKesson Corporation vs. Forshag's Drug Store, Inc.**
No answer or default as to defendant, Forshag's Drug Store, Inc.

**00-0093**   **Perry E. Futch vs. St. Helena Parish Sheriff's Department, et al.**
No return of service or answer as to all defendants.

**00-0119**   **John Ruffin vs. Victor Wahill, et al.**
No answer or default as to defendant, National Union Fire and Casualty Ins. Co.

**00-0235**   **Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P. vs. Inntraport International Corporation, et al.**
No return of service or answer as to defendant, Intelnet International, Inc. No answer or default as to defendant, Inntraport International Corporation.

**00-0318**   **Curt Dufrene, et al. vs. Chevron USA, Inc.**
No answer or default as to defendant, Chevron USA, Inc.

**00-0381**   **Vial, Hamilton, Koch & Knox, L.L.P. vs. Transit Management of Southeast Louisiana, Inc.**
No answer or default as to defendant, Transit Management of Southeast Louisiana.

DATE OF ENTRY
APR 0 6 2000

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

\_\_Fee\_\_\_\_\_
\_\_Process\_\_
X\_Dktd\_\_\_\_
\_\_CtRmDep\_
Doc.No.\_\_\_